IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICAN RECOVERY SERVICE**, et al., <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 24-1591-KSM** |

## ORDER

**AND NOW**, this 18th day of December, 2024 upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to F.R.C.P. 12(b)(4) and 12(b)(6) (Doc. No. 19) and Plaintiff's opposition brief (Doc. No. 20), it is **ORDERED** that the motion is **GRANTED** as follows:

1. Plaintiff's FDCPA claim is **DISMISSED WITH PREJUDICE**.

2. Plaintiff's state law claims for conversion and civil conspiracy are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file those claims in an appropriate state court.

3. Leave to amend is **DENIED**.

4. The Clerk of Court shall mark this matter as **CLOSED**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.